UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 2008 MERCEDES BENZ & ) <br> 2004 PORSCHE CAYENNE, ) <br> ) <br> Defendants. ) <br> _____ ) | No. CV-08-5043-JLQ <br><br> ORDER OF FORFEITURE AND ORDER DIRECTING CLOSING OF FILE |

Pursuant to the Settlement Agreement and Stipulation for Order of Forfeiture signed by the Government and Kero's Auto and filed on this date, IT IS HEREBY ORDERED as follows:

1. The 2005 Mercedes Benz E 55 automobile which is the subject of this action is hereby forfeited to the United States of America.

2. The forfeiture action by the Government against the 2004 Porsche Cayenne automobile, VIN # WDBUF76J05A714929 is hereby dismissed with prejudice and that vehicle shall be returned to Kero's Auto in accordance with the foregoing Stipulation,

3. The Stipulation of the parties signed by the Government on this date and by the attorney for Kero's Auto on August 22, 2008 is approved and incorporated herein as through fully set forth *haec verba.*

The Clerk shall enter this Order and furnish copies to counsel and close this file.

Dated this 25th day of August, 2008.

    s/ Justin L. Quackenbush
    JUSTIN L. QUACKENBUSH
    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1